IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:16-cv-00290-PGB-PRL

STACEY HART,

    Plaintiff,

v.

ALLIANCEONCE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: September 30, 2016

          Respectfully submitted,

          s/Alex D. Weisberg
          Alex D. Weisberg
          FBN: 0566551
          Weisberg Consumer Law Group, PA
          5846 S. Flamingo Rd, Ste. 290
          Cooper City, FL 33330
          (954) 212-2184
          (866) 577-0963 fax
          aweisberg@afclaw.com
          Attorney for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2016, the foregoing was filed with the Court by means of the CM/ECF system which will send notice of electronic filing to all counsel of record.

s/ Alex D. Weisberg
Alex D. Weisberg
