IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:16-cv-00290-PGB-PRL

STACEY HART,

    Plaintiff,

v.

ALLIANCEONCE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 3, 2016

    Respectfully submitted,

| | |
|---|---|
| s/Alex D. Weisberg | s/Charles J. McHale |
| Alex D. Weisberg | Charles J. McHale |
| FBN: 0566551 | FBN: 0026555 |
| Weisberg Consumer Law Group, PA | Golden Scaz Gagain, PLLC |
| 5846 S. Flamingo Rd, Ste. 290 | 200 N. Armenia Ave |
| Cooper City, FL 33330 | Tampa, FL 33609 |
| (954) 212-2184 | (813) 251-5500 |
| (866) 577-0963 fax | (813) 251-3675 |
| aweisberg@afclaw.com | cmchale@gsgfirm.com |
| Attorney for Plaintiff | Attorney for Defendant |

1

## **CERTIFICATE OF SERVICE**

I certify that on November 3, 2016, the foregoing was filed with the Court by means of the CM/ECF system which will send notice of electronic filing to all counsel of record.

s/ Alex D. Weisberg  
Alex D. Weisberg